# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON KULHANEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-02431-JAR |
| | ) | |
| CINDY GRIFFITH, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' motions to file sealed documents (Doc. No. 78) and to provide Plaintiff with a redacted version of his cell movement logs (Doc. No. 80), as well as Plaintiff's motion to stay summary judgment pending resolution of discovery matters. (Doc. No 72). The Court will grant Defendants' motion to file the sealed documents. The Court will also grant the Defendants' request to provide Plaintiff with the redacted version of the movement log, given the safety considerations raised by Defendants.

The Court recognizes that Defendants have complied with its February 26, 2020 Order wherein they were directed to either produce certain discovery materials or explain why the materials should not be discoverable. (Doc. No. 75). Given Defendants' compliance, there are no outstanding discovery issues preventing Plaintiff from responding to Defendants' motion for summary judgment. Therefore, the Court will deny Plaintiff's motion to stay summary judgment and direct him to respond to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion to file sealed documents (Doc. No. 78) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' request (Doc. No. 80) to provide Plaintiff with a redacted version of the bed movement logs (found at Doc. No. 79 at Ex. 2) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to stay summary judgment is **DENIED.** (Doc. No. 72). Plaintiff shall respond to Defendants' summary judgment motion within **thirty (30) days** of this Order.

Dated this March 16th, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE